UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID EDWARD BARELA,

Plaintiff,

v.

JOE TUALLA, et al.,

Defendants.

Case No. 3:21-cv-02940-JD

**ORDER RE MOTION FOR APPOINTMENT OF COUNSEL**

Re: Dkt. No. 3

Pro se plaintiff David Barela's request for appointment of counsel, Dkt. No. 3, is denied. There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Servs.*, 452 U.S. 18, 25 (1981); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). In "exceptional circumstances," the Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), *Palmer*, 560 F.3d at 970 (quotation omitted), but those circumstances are not present here. The legal and factual issues are not unduly complex. While plaintiff may have physical disabilities and health issues, he has not shown that he is incapable of litigating this case on his own.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____

JAMES DONATO
United States District Judge